PER CURIAM.
 

 We originally accepted jurisdiction to review the decision of the First District Court of Appeal in
 
 Porter v. Florida Unemployment Appeals Commission,
 
 1 So.3d 1101 (Fla. 1st DCA 2009), based on express and direct conflict.
 
 See
 
 art. V, § 3(b)(3), Fla. Const. After further consideration, we have determined that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.
 

 LEWIS, J., dissents.